No. 67779.—Honolulu Sales, Ltd., and American Customs Brokerage Co. v. United States, protest 62/1276 (Honolulu).

Opinion by DONLON, J. In accordance with oral stipulation of counsel, the merchandise was held dutiable as follows: The items referred to in the invoice

319

as S–26, S–27, and S–28, cups, at 10 cents per dozen pieces and 20 percent ad valorem and the items referred to as S–13, sugar bowls; S–14, creamers; and S–22, pots, at 10 cents per dozen pieces and 25 percent ad valorem, as claimed.